**ATTACHMENT A**

I.        **The Account(s)**

The Order applies to certain records and information associated with any Google account(s) or IP addresses accessing the following URLs between 01/01/2023 and 01/08/2023:

https://youtu.be/lRQu71VPl2s
https://www.youtube.com/watch?v=nI2Y9pQIqIA
https://www.youtube.com/watch?v=G2OE7l4vQqs

II.       **Records and Other Information to Be Disclosed**

Google is required to disclose the following records and other information, if available, to the United States for each account listed in Part I of this Attachment ("Accounts"), for the period between 01/01/2023 and 01/08/2023**:**

- A. For all IP addresses accessing the YouTube URLs not associated with a Google Account:
    1. Any identification information about the accessing party; and
    2. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions.

- B. For all IP addresses accessing the YouTube video using a Google account:
    1. Names (including subscriber names, user names, and screen names);
    2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
    3. Local and long distance telephone connection records;
    4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
    5. Length of service (including start date) and types of service utilized;
    6. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International

|   |   |
|---|---|
|   | Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI")); |
| 7. | Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); |
| 8. | Means and source of payment for such service (including any credit card or bank account number) and billing records; |
| 9. | Records of user activity for each connection made to or from the Account, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses; |
| 10. | Information about each communication sent or received by the Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers); and |
| 11. | Identification of any accounts that are linked to the Accounts by cookies, recovery e-mail addresses, or telephone numbers. |